IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN E. FERGUSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 06-07186 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 1, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 27, 2007.

DESIGNATION OF EXPERTS: 8/10/07; REBUTTAL: 8/31/07.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 21, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by October 26, 2007;

　　　Opp. Due November 9, 2007; Reply Due November 16, 2007;

　　　and set for hearing no later than November 30, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 26, 2008 at 3:30 PM.

JURY TRIAL DATE: March 10, 2008 at 8:30 AM.,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's ENE program. The ENE session shall occur before the end of May 2007

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/26/07

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge